DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DARRELL C. SMITH,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-2557

_____

January 16, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

PER CURIAM.

   Affirmed.

NORTHCUTT, KELLY, and VILLANTI, JJ., Concur.

_____

Opinion subject to revision prior to official publication.